IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERRY L. ROBINSON,**

    **Petitioner,**

v.                                                 **CASE NO. 5:11-cv-99-MW/GRJ**

**PAIGE A. AUGUSTIN,**
**Warden, FCI Marianna,**

    **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No.28, filed July 17, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to prosecute."

The Court would note that Petitioner has been released from custody and has failed to keep the Court informed of his location as evidenced by returned mail to the Clerk.

1

The Clerk shall close the file.

**SO ORDERED on August 13, 2013.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**